Núm. 8452.—COTE, apldo., *v.* WHITE STAR BUS LINE, INC., aplnte. —C. D. San Juan. Noviembre 18, 1941.

Resultando de la copia certificada de la resolución de 13 de noviembre de 1941 que la corte sentenciadora, ejercitando la discreción que le confiere la ley, concedió a la apelante un nuevo término para

radicar la transcripción de evidencia, y no pudiéndose determinar por ahora si el recurso es o no frívolo, por no constar en autos dicha transcripción, no ha lugar a la desestimación solicitada.